IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DOROTHEA BILLUPS**                                                                              **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00228-BSM**

**NATIONWIDE MUTUAL**
**INSURANCE COMPANY**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE